# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:16-CV-00342-TBR

WILLIAM E. RUDOLPH,      Plaintiff,

v.

RODNEY BALLARD, *et al.*,      Defendants.

## MEMORANDUM OPINION

William E. Rudolph, a state inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action against several correctional personnel, including Teresa Bailey, whom he identifies as the Class D Coordinator of the Hardin County Detention Center. [R. 1 (Complaint).] Two months ago, the Court granted summary judgment to Rodney Ballard and Michael Durrett on the ground that Rudolph failed to exhaust his administrative remedies before filing this lawsuit. [R. 18 (Memorandum Opinion).] It appeared to the Court that judgment in Officer Bailey's favor was appropriate for the same reason. [R. 20 (Order of May 3, 2017).] Accordingly, the Court ordered Rudolph to file a brief on or before May 21, 2017 addressing whether summary judgment in Officer Bailey's was warranted. [*Id.*] Rudolph filed no responsive papers, and Officer Bailey has filed a motion to dismiss this action. [R. 21 (Motion to Dismiss).] For the reasons set forth in the Court's previous Memorandum Opinion, Officer Bailey's motion is well-taken. Therefore, Teresa Bailey's Motion to Dismiss, [R. 21], is **GRANTED**.

An appropriate order and judgment shall issue.

Date:

cc:     Counsel of Record
         Plaintiff, *pro se*

1